IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MICHAEL J. OLSON,

    Plaintiff,

v.                                            Case No. 13-cv-00711-KG-WPL

DON KELLY CONSTRUCTION, INC.,
a foreign corporation, and
DON KELLY, an individual,

    Defendants.

## ORDER PERMITTING WITHDRAWAL AND SUBSTITUTION OF COUNSEL

THIS MATTER having come before the Court upon the unopposed motion to withdraw as counsel for Defendants, Defendants having consented to the withdrawal and substitute counsel having entered their appearances, the Court FINDS that the motion is well-taken and should be granted.

IT IS THEREFORE ORDERED that the firm of Modrall, Sperling, Roehl, Harris & Sisk, P.A, George R. McFall, Anna E. Indahl, and Sarah M. Stevenson are hereby withdrawn as counsel for Defendants, and the firm of Atkinson, Thal and Baker, Clifford K. Atkinson, John S. Thal, and Justin Duke Rodriguez are substituted as counsel for Defendants.

                                                              _____
                                                               UNITED STATES DISTRICT JUDGE

APPROVED:

 _/s/ George R. McFall_____         _approval via email on 2-04-14_____
George R. McFall                                         Christopher M. Moody
                                                      Attorney for Plaintiff

 _Approval via email on 2-03-14_____
Clifford K. Atkinson
Attorney for Defendants