IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MICHAEL J. OLSON,

    Plaintiff,

v.                                                      No.:  2013-CV-00711 KG/WPL

DON KELLY CONSTRUCTION, INC.,
a foreign corporation, and
DON KELLY, an individual,

    Defendants.

## ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE

THIS MATTER, having come before the Court upon a Stipulated Motion for Dismissal With Prejudice, and the Court having reviewed the Motion and being advised that the parties have entered into a Settlement and Release (the terms of which are incorporated into this Order by reference) FINDS AND CONCLUDES that the Settlement and Release is in the best interest of the parties and that this Motion is well taken and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Plaintiffs' Complaint, and all claims, allegations and causes of action which were or could have been raised therein or in this litigation are forever dismissed *with prejudice*, each party to bear their own attorneys' fees and costs.

                                                      _____
                                                      UNITED STATES DISTRICT JUDGE

**APPROVED:**

ATKINSON, THAL & BAKER, P.C.


*/s/  Justin D. Rodriguez*
Clifford K. Atkinson
Justin D. Rodriguez
201 Third Street, N.W., Suite 1850
Albuquerque, NM 87102
Telephone:  (505) 764-8111
*Attorneys for Defendants*


- AND –


MOODY & WARNER, PC


*Approval rec'd via email on 03/18/2014*
Christopher M. Moody
4169 Montgomery Blvd NE
Albuquerque, NM 87109-6742
(505) 944-0033
*Attorney for Plaintiff*